WILLIAM B. SHAW, Appellant, *v.* HOME LIFE INSURANCE
COMPANY, Respondent.

(Argued June 4, 1872; decided June 11, 1872.)

PLAINTIFF engaged with defendant as soliciting agent,
under a contract by which he was to receive during the time
he acted as such agent five per cent commission upon the
amount of annual premiums due and payable in each year
after the first year of their continuance, upon all poli-
cies solicited and secured by him, and in case of his death
while so acting as agent, defendant agreed to pay to
his wife, if she survived him, the commissions accruing there-
after to which he would have been entitled if he had lived
and continued to act. The contract contained a provision
that either party might cancel it after giving three months
notice of such intent, and if defendant should cancel it, it
should continue to pay plaintiff or his wife the commissions
as aforesaid, provided he should perform the necessary ser-
vice in procuring payment of the premium. After two years
the agreement was rescinded by mutual consent and the
agency terminated. Plaintiff claimed to recover his com-
missions upon premiums thereafter received upon policies
solicited and secured by him. *Held,* that by the terms of
the contract a commission upon the premiums accruing upon
the policies secured by plaintiff during each year of the con-
tinuance of the agency was a full compensation for the year's
service, save where defendant canceled the contract as pro-
vided, and plaintiff having voluntarily surrendered the right
to perfom future services and to receive the compensation

therefor, had no right to greater compensation for past services and could not recover.

*Joseph R. Flanders* for the appellant.

*A. B. Capwell* for the respondent.

GROVER, J., reads for affirmance.
All concur.
Judgment affirmed with costs.